UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE ASIA CO., LTD., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>JACK YUN MA, et al.,<br><br>        Defendants. | No.: 1:15-md-02631-CM<br><br>Related cases:<br>1:15-cv-00759-CM<br>1:15-cv-00811-CM<br>1:15-cv-00991-CM<br>1:15-cv-01405-CM<br>1:15-cv-05020-CM<br>1:15-cv-04991-CM<br>1:15-cv-05002-CM |

## NOTICE OF DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

  PLEASE TAKE NOTICE that Defendants Alibaba Group Holding Limited, Jack Yun Ma, Joseph C. Tsai, Jonathan Zhaoxi Lu, and Maggie Mei Wu hereby respectfully submit this statement of non-opposition to inform the Court that they do not oppose the March 12, 2018 Motion for Class Certification and Appointment of Class Representatives and Class Counsel filed by Plaintiffs (ECF No. 52).

Dated: April 30, 2018      SIMPSON THACHER & BARTLETT LLP

               By: */s/James G. Kreissman*
                  James G. Kreissman

                  Jonathan K. Youngwood (jyoungwood@stblaw.com)
                  425 Lexington Avenue
                  New York, New York 10017
                  Telephone: (212) 455-2000
                  Facsimile: (212) 455-2502

James G. Kreissman (jkreissman@stblaw.com)
Simona G. Strauss (sstrauss@stblaw.com)
Stephen P. Blake (sblake@stblaw.com)
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Counsel for Defendants Alibaba Group Holding Limited, Jack Yun Ma, Joseph C. Tsai, Jonathan Zhaoxi Lu, and Maggie Wei Wu*