

Laurence Rosen, Esq.
lrosen@rosenlegal.com

September 18, 2018

BY ECF

Honorable Colleen McMahon
United States District Judge
500 Pearl Street, Room 1640
New York, NY 10007-1312

    Re:    *Christine Asia Co., Ltd., et al. v. Alibaba Group Holding Limited, et al.*
           No. 15-md-02631

Dear Judge McMahon:

We are lead counsel for the plaintiff class in the above-styled action.

Plaintiffs have certain discovery disputes, including matters of privilege, that plaintiffs would like the Court to resolve.

Consistent with the Court's prior instructions, plaintiffs are requesting a conference call with the Court to resolve these discovery issues.

The parties are available for a call with the Court on (i) Monday, September 24; and (ii) Tuesday, September 25, any time other than 2 pm to 3 pm.

Please let us know if the Court has any availability for a conference call early next week.

                                      Respectfully yours.
                                      */s/ Laurence Rosen*

                                      Laurence Rosen

cc:  All counsel of record, via ECF