

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/19/2018__

Laurence Rosen, Esq.
lrosen@rosenlegal.com

October 18, 2018

BY ECF

Honorable Stewart D. Aaron
United States District Judge
500 Pearl Street, Room 1640
New York, NY 10007-1312

ENDORSEMENT: The parties' briefing schedule is APPROVED.
SO ORDERED.
Dated: October 19, 2018

Re:   *Christine Asia Co., Ltd., et al. v. Alibaba Group Holding Limited, et al.*
      No. 15-md-02631

Dear Judge Aaron:

We write on behalf of all parties in response to Your Honor's order to submit a proposed briefing schedule for any disputes arising out of our recent meet and confer efforts. Although the parties were able to resolve a number of issues, there are some on which Plaintiffs plan to seek relief from the Court. The parties have agreed on the following briefing schedule: Plaintiffs' opening submission of no more than 15 pages due Friday, October 26; Defendants' opposition of no more than 15 pages due Friday, November 2; and any reply of no more than 10 pages due Thursday, November 8 (all briefs to be double-spaced and all page limits exclusive of exhibits). We thank the Court for its time and attention to these matters.

Respectfully submitted,

*/s/   Laurence M. Rosen*

Laurence M. Rosen, Esq.

cc: all counsel of record via ECF