USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINE ASIA CO., LTD., et al.,

                Plaintiffs,

v.

JACK YUN MA, et al.,

                Defendants.

No.: 1:15-md-02631-CM (SDA)

Related cases:
1:15-cv-00759-CM
1:15-cv-00811-CM
1:15-cv-00991-CM
1:15-cv-01405-CM
1:15-cv-05020-CM
1:15-cv-04991-CM
1:15-cv-05002-CM

---

# [~~PROPOSED~~] AMENDED SCHEDULING ORDER

Pursuant to the parties' stipulation and agreement, and good cause having been shown, the Court finds that:

1. The Scheduling Order shall be amended as follows, in order to facilitate the completion of fact discovery in this matter:

| **Event** | **Initial Scheduling Order** | **Amended Scheduling Order** |
|---|---|---|
| Conclusion of Fact Discovery | December 31, 2018 | February 1, 2019 |
| Simultaneous Disclosure of Initial Expert Report(s) | January 10, 2019 | February 11, 2019 |
| Simultaneous Disclosure of Rebuttal Expert Report(s) | February 11, 2019 | March 11, 2019 |
| Completion of all Expert Depositions | March 11, 2019 | April 11, 2019 |
| Filing of Summary Judgment Motions | March 29, 2019 | April 29, 2019 |
| Filing of Oppositions to Summary Judgment Motions | May 10, 2019 | June 10, 2019 |
| Filing of Reply in Support of Summary Judgment Motions | June 11, 2019 | July 11, 2019 |

| Event | Initial Scheduling Order | Amended Scheduling Order |
|---|---|---|
| Filing of Pre-Trial Papers | If necessary, six weeks following decision on summary judgment motions. | If necessary, six weeks following decision on summary judgment motions. |

2.    The Parties agree not to seek any further extension of the deadline for the conclusion of fact discovery in this matter.

Pursuant to stipulation, IT IS SO ORDERED.

No further extensions shall be granted except for good cause shown, and then only for a limited purpose.

DATED:  November 9, 2018                                    _____
                                                                                        STEWART D. AARON, U.S.M.J.