AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CHRISTINE ASIA CO., LTD., et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:15-md-02631-CM-SDA |
| ALIBABA GROUP HOLDING LIMITED, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs William Tai, Christine Asia Co., Ltd., Abel Amoros, Arthur Gabriel, Raymond Lee, and Gang Liu.

Date: 12/04/2018

/s/ Daniel Tyre-Karp
*Attorney's signature*

Daniel Tyre-Karp (DT1981)
*Printed name and bar number*

The Rosen Law Firm, PA
275 Madison Avenue, 34th Floor
New York, NY 10016
*Address*

dtyrekarp@rosenlegal.com
*E-mail address*

(212) 686-1060
*Telephone number*

(212) 202-3827
*FAX number*