USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE,

        Plaintiff,

-against-

ALAN DERSHOWITZ,

        Defendant.

19 Civ. 3377 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In advance of the conference scheduled for December 2, 2019, counsel shall submit their discovery plan by no later than 12:00 pm on Wednesday, November 27, 2019.

**SO ORDERED.**

Dated: New York, New York
November 15, 2019

_____
LORETTA A. PRESKA
Senior United States District Judge

1