**EXHIBIT M**

**Check Distribution:**

| | |
|---|---:|
| Distribution charges for 25,500 checks @ $1.95 per unit. | **$61,200.00** |

**Post-Distribution Work:**

| | |
|---|---:|
| Handle Undeliverable Checks 1,000 @ $1.50 per unit | **$1,500.00** |
| Reminder notices 3,000 un-cashed checks @ $1.60 | **$4,800.00** |
| Project management | **$3,250.00** |
| Quality Assurance | **$3,000.00** |
| Reissued checks 1,500 checks @ $2.65 per unit | **$3,975.00** |
| Skip tracing and other out-of-pocket expenses | **$975.00** |
| Bank reconciliations and reporting | **$3,000.00** |
| Phone Labor  225 hours @ $72 per hr (blended rate) | **$16,200.00** |
| Total post distribution work | **$36,700.00** |
| Grand Total | **$97,900.00** |