**STRATEGIC CLAIMS SERVICES**
**225 STATE ROAD**
**MEDIA, PA 19063**
**610-891-9852**

October 19, 2020

Hon. Colleen McMahon
Unites States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearly Street
New York, NY 10007-1312

    Re:    *Christine Asia Co., Ltd., et al. v. Jack Yun Ma, Alibaba Holding Limited, et al.*,
            Case No. 15-md-02631-(CM) (SDA)

Your Honor:

    Attached is a letter from Broadridge responding to the Court's October 14, 2020 request that "Broadridge needs to file something in support of its request" in this matter. ECF No. 176. The domestic postage overcharge of $74,733.56, discussed in both the Class Distribution Motion (ECF No. 172 at pp. 12-13) and in Class Counsel's letter to the Court dated October 13, 2020 (ECF No. 175), relates to **domestic postage only**. Please note, Broadridge was reimbursed for 100% of its foreign postage charges, totaling $43,280.27. Broadridge's claimed overcharge of $74,733.56 represents the difference between the Claims Administrator's pre-sort domestic postage rate per mailing of $0.414 versus Broadridge's pre-sort domestic postage rate per mailing of approximately $0.69.

                                                  Respectfully,

                                                  */s/ Paul Mulholland*

                                                  Paul Mulholland, President
                                                  Strategic Claims Services
                                                  Court-appointed Claims Administrator

MEMO ENDORSED

Enclosures

*Handwritten endorsement:* 10/20/2020 Broadridge may recover the $74,733.56. /s/ Colleen McMahon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2020